FILED

08 AUG -5  AM 10: 43

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9

10   *CLARENCE KNIGHT*                         CV-08-3546-SBA (PR)

11                          Plaintiff,        CASE NO. CV-08-3548 SBA (PR)

12       vs.                                  **PRISONER'S**
                                              **APPLICATION TO PROCEED**
13   *M.S. EVANS, eT aL*                      **IN FORMA PAUPERIS**

14                          Defendant.

15

16       I, *CLARENCE KNIGHT*, declare, under penalty of perjury that I am the

17   plaintiff in the above entitled case and that the information I offer throughout this application

18   is true and correct. I offer this application in support of my request to proceed without being

19   required to prepay the full amount of fees, costs or give security. I state that because of my

20   poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21   entitled to relief.

22       In support of this application, I provide the following information:

23   1.    Are you presently employed? Yes _✓_ No ___

24   If your answer is "yes," state both your gross and net salary or wages per month, and give the

25   name and address of your employer:

26   Gross: _____*13 ¢*_____        Net: ___*$12.00*___

27   Employer: _*C D C R*_

28   _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9       a.      Business, Profession or          Yes _____   No ___✓

10              self employment

11      b.      Income from stocks, bonds,       Yes _____   No ___✓

12              or royalties?

13      c.      Rent payments?                   Yes _____   No __✓

14      d.      Pensions, annuities, or          Yes _____   No __✓

15              life insurance payments?

16      e.      Federal or State welfare payments,   Yes _____   No __✓

17              Social Security or other govern-

18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                     Yes _____   No __✓

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____   Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____

1      b.  List the persons other than your spouse who are dependent upon you for

2        support and indicate how much you contribute toward their support.  (NOTE:

3        For minor children, list only their initials and ages.  DO NOT INCLUDE

4        THEIR NAMES.).

5    _____

6    _____

7    5.  Do you own or are you buying a home?  Yes ____ No ✓

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.  Do you own an automobile?  Yes ____ No ✓

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.  Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s):  $ _____

17   Do you own any cash?  Yes ____ No ✓ Amount:  $ _____

18   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19   market value.)   Yes ____ No ✓

20   _____

21   8.  What are your monthly expenses?

22   Rent: $ _____ N/A _____ Utilities: _____ N/A _____

23   Food: $ _____ N/T _____ Clothing: _____ N/A _____

24   Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
25
26 | _____ | $ _____ | $ _____ |
27 | _____ | $ _____ | $ _____ |
28 | _____ | $ _____ | $ _____ |

1   9.      Do you have any other debts?  (List current obligations, indicating amounts and to

2   whom they are payable.  Do not include account numbers.)

3   _____ No _____

4   _____

5   10.     Does the complaint which you are seeking to file raise claims that have been presented

6   in other lawsuits?    Yes ____  No ✓

7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8   which they were filed.

9   _____

10  _____

11      I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13      I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  _7/28/08_____               _Clarence Knight_____

17      DATE                        SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Clarence Knight
CDSS8   D7-114
P.O. Box 1050
Soledad   CA. 93960
Salinas   (State Prison)

FILED

AUG -5

RD. W. W.
DISTRICT
TRICT OF CA

SBA